Decided September 20, 2001

CITY OF TORRINGTON *v.* ZONING COMMISSION OF THE TOWN OF HARWINTON ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 63 Conn. App. 776 (AC 20249), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that a stipulated judgment in a zone change appeal modified the regulations applicable to a subsequent special use and site plan application?"

The Supreme Court docket number is SC 16589.

*Randall S. McHugh*, in support of the petition.

*Michael D. Rybak,* filed an opposition, which was adopted by *Robert A. D'Andrea* and *John P. Febbroriello.*

Decided September 20, 2001